## MOTION DOCKET

**92–1976.** State ex rel. Gillivan v. Ohio Bd. of Tax Appeals. On motion to deem previous submissions as evidence. Motion granted.

Moyer, C.J., and A.W. Sweeney, J., not participating.

**92–2144.** State ex rel. Botkins v. Leighty. In Mandamus. On motion for leave to file brief instanter. Motion granted.

F.E. Sweeney, J., dissents.

On motion to dismiss. Motion denied.

F.E. Sweeney, J., dissents.

**93–91.** State ex rel. Cohen v. State Teachers Retirement Sys. of Ohio. In Mandamus. On motion to appoint master commissioner. *Sua sponte,* show cause ordered.

**93–550.** State ex rel. Parsons v. Fleming. *Franklin County,* No. 92AP–1057. On request for oral argument. Motion denied.

**93–569.** State v. Simko. *Lorain County,* No. 91CA005214. On motion to supplement the record. Motion granted to the extent the exhibits exist.

**93–671.** Natl. Distillers & Chem. Corp. v. Limbach. Board of Tax Appeals, No. 90–X–552. On motion to strike. Motion denied.

Moyer, C.J., and Wright, J., dissent.

**93–783.** State ex rel. Hunter v. Certain Judges of Akron Mun. Court. In Mandamus and Prohibition. On request for oral argument. Request granted.

**93–883.** State ex rel. Farmer v. Potter. In Mandamus. On motion for compliance and/or sanctions. *Sua sponte,* show cause ordered.

**93–891.** Glass, Molders, Pottery, Plastics & Allied Workers v. State Emp. Relations Bd. In Mandamus. On request for oral argument. Request denied.

Douglas and F.E. Sweeney, JJ., dissent.

**93–939.** State ex rel. Lewis v. Moser. In Mandamus. On motion to dismiss. Motion denied. On request for oral argument. Request denied.

**93–966.** Petratos v. Makakis. *Cuyahoga County,* No. 61377. On motion for leave to file *amicus* of Ohio State Medical Association. Motion granted.

**93–987.** Miller v. Progressive Cas. Ins. Co. *Lucas County,* No. L–92–235. On motion for leave to file brief instanter. Motion granted.

**93–1147.** State v. Manley. *Allen County,* No. 1–91–83. On motion for appointment of counsel and on motion to secure counsel of choice. Motions denied.

Douglas, J., would remand to the court of appeals for appointment of counsel.

**93–1183.** In re Petition for Writ of Habeas Corpus for Ortiz. In Habeas Corpus. On request for oral argument. Request denied.

**93–1245.** State v. Loza. *Butler County,* No. CA91–11–0198. On motion for leave to supplement the record. Motion denied.

Pfeifer, J., would grant the motion to the extent the exhibits exist.

**93–1402.** May v. Tandy Corp. *Cuyahoga County,* No. 62679. On motion to consolidate with 92–2382, *Sorrell v. Thevenir,* Gallia County, No. 91–CA–4. Motion granted.

Douglas, J., dissents.

**93–1405.** Mandel v. Limbach. Board of Tax Appeals, No. 90–M–462. On request for oral argument. Motion granted.

**93–1508.** N. Olmsted Bd. of Edn. v. Limbach. Board of Tax Appeals, No. 90–R–971. On motion for leave to supplement the record. Motion granted.